■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONDALE COOPER, Appellant. (Appeal No. 1.) [63 NYS3d 302]— Appeal from a judgment of the Supreme Court, Onondaga County (John J. Brunetti, A.J.), rendered September 29, 2014. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree and criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Peradotto, Carni, DeJoseph and Winslow, JJ.